IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:06cr58LG-RHW

ROSCOE M. BROWN


**AGREED ORDER REDUCING SENTENCE**


The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and

Federal Rule of Criminal Procedure 43(b)(4).  The U.S. Sentencing Commission has reduced

guideline offense levels for cocaine base cases, and has made the reductions retroactive to

previously-sentenced defendants.  The parties agree that a sentencing reduction is appropriate in

this case.  The Court concurs, and hereby ORDERS as follows:

(1)     The sentence is reduced from 97 months to 78 months;

(2)     All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 30th day of June, 2008.


/s/ Louis Guirola, Jr.
UNITED STATES DISTRICT JUDGE


AGREED:


___/s/John A. Meynardie_____          ___/s/ George L. Lucas_____
ASSISTANT U.S. ATTORNEY               DEFENSE COUNSEL